United States District Court
Southern District of Texas
**ENTERED**
January 10, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| SONJA J. MAYBERRY, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 3:15-CV-330 |
| § | |
| CAROLYN W COLVIN, § | |
| § | |
| Defendant. § | |

### ORDER

Pending before the Court is Plaintiff's Motion for Summary Judgment Dkt. 17.  Also pending are Defendant's Cross-Motion for Summary Judgment (Dkt. 18) and the associated Brief in Support (Dkt. 19).  On October 20, 2016, this case was referred to United States Magistrate Judge John R. Froeschner.  Dkt. 20.  After reviewing the motions, the administrative record, and applicable law, Judge Froeschner entered a Report and Recommendation.  Dkt. 21.  Judge Froeschner recommended denying Plaintiff's motion, granting Defendant's motion, and dismissing the action.  As stated in the R & R, the parties had the opportunity to file written objections.  Neither party did so.

The Court agrees with Judge Froeschner's conclusions.  Therefore, Plaintiff's Motion for Summary Judgment (Dkt. 17) is hereby **DENIED**.  Defendant's Cross-Motion for Summary Judgment (Dkts. 18, 19) is hereby **GRANTED**.  The Court **ORDERS** that this action is hereby **DISMISSED**.

All pending motions are hereby **DENIED, as moot**.

SIGNED at Galveston, Texas, this 10th day of January, 2017.

_George C. Hanks Jr._
George C. Hanks Jr.
United States District Judge